# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2018

## NO. 03-17-00458-CV

**Troy Daniel Thoele, Appellant**

**v.**

**Greg Abbott; Marjie Johnson; Ross Behrens, Individually and in the Official Capacity; and The State of Texas Attorney General's Office in the Official Capacity, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on June 27, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.